IFP/Civ.
Rev. 9/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
NOV 1 2 2010
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.

Hassie-Demond; Nowlin )
)
)
)
Plaintiff, )
) APPLICATION FOR LEAVE TO PROCEED
v. ) IN FORMA PAUPERIS
) AND AFFIDAVIT/DECLARATION IN SUPPORT
NEW MILLENNIUM BANK )
)
) 1:10 CV 857
)
)
)
Defendant(s) )

    I, **Hassie-Demond; Nowlin**, request leave of Court to proceed in the above-entitled action without prepayment of fees and costs or giving security therefor. In support of this request, I state that I am unable to pay such costs or give security therefor and that I believe that I am entitled to redress. The nature of this action is violations of the The Fair Debt Collection Practices Act 15 USC Section §1601,et. The Defendants are also governed under the law by The Fair Credit Reporting Act 15

    I understand that any false statement or answer to any question in this application may subject me to the penalties for perjury.

1. Are you presently employed?  Yes ___ No  X
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
      3/2008

2. Is your spouse presently employed?  Yes ___  No ___  No spouse  X
   a. If the answer if yes, state the amount of spouse's salary or wages per month, and give the name and address of spouse's employer.

   b. If the answer is no, state the date of last employment and the amount of salary and wages per month which your spouse received.

3. Have you received within the past twelve months any money from any of the following sources:

    a. Business, profession, or form of self-employment?     Yes___ No_X_

    b. Rent payments, interest, or dividends?     Yes___ No_X_

    c. Pensions, annuities, or insurance?     Yes___ No_X_

    d. Social Security, SSI or disability?     Yes___ No_X_

    e. Workers' Compensation or Unemployment?     Yes___ No_X_

    f. Child support?     Yes___ No_X_

    g. AFDC, WIC or Food Stamps?     Yes_X_ No___

    h. Gifts or inheritances?     Yes___ No_X_

    i. Any other sources?     Yes___ No_X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

food stamps amount of 516 a month.

4. Has your spouse received within the past twelve months any money from any of the sources listed in question No. 3?

    Yes ____   No ____   No spouse _X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

5. Do you and your spouse, if any, own any cash, or have money in a checking, savings, or any other financial account?

    Yes ____   No _X_

If the answer is yes, state the total value of the items owned.

-2-

6. Do you and your spouse, if any, own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ____ No __X__

   If the answer is yes, describe the property and state its approximate value.

   _____
   _____
   _____
   _____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Malika Nowlin, father,
   Dominique Nowlin, father

8. List your debts, obligations, and creditors, including banks, loan companies, charge accounts, and monthly bills.

   | Creditor | Total Debt | Monthly Payment |
   |---|---|---|
   | Bank of america mortgage | 30700 | 422 |
   | Duke power | | 150 |
   | piedmont gas | 292.83 | |
   | greensboro city water | | 50 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/12/2010__.   /s/ Jassie Demond Nowlin
         (Date)                      (Signature of Plaintiff)

-3-