# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **HASSIE-DEMOND NOWLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER GRANTING LEAVE TO** |
| | ) | **PROCEED IN FORMA PAUPERIS** |
| **v.** | ) | |
| | ) | **No. 1:10CV857** |
| **NEW MILLENNIUM BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In reliance upon the representations set forth in the application and affidavit of Plaintiff,

**IT IS ORDERED** that Plaintiff in the above-entitled proceeding be, and is hereby, permitted to commence said proceeding in this Court without prepayment of fees or costs, or giving security therefor. [28 U.S.C. 1915(a)]

Plaintiff is responsible for preparing and delivering to the Clerk, the correct summons for service on each defendant, including the correct address and the name and title of the individual to be served on behalf of a corporation, association, infant, incompetent or government agency. Failure to prepare and deliver said summons within 15 days from the filing of this order shall result in this case being dismissed without further notice. The U.S. Marshal shall serve the summons and complaint upon Defendant.

                                                       /s/ P. Trevor Sharp
                                                United States Magistrate Judge

Date: November 19, 2010