**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: HASSIE-DEMOND NOWLIN | COURT CASE NUMBER: 1:10CV857 |
| DEFENDANT: NEW MILLENNIUM | TYPE OF PROCESS: COMPLAINT/SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW MILLENNIUM
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
57 LIVINGSTON AVE., NEW BRUNSWICK, NJ 08901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HASSIE-DEMOND NOWLIN
2020 ANTHONY COURT
GREENSBORO, NC 27406

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: John S. Brubaker
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 336-332-6000
DATE: 11/19/10

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
District of Origin No. 57
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: S. Cummings
Date: 11/23/10

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 12/16/10    Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Susan Cummings

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | — | — | 8.00 | — | 8.00 ~~$0.00~~ |

REMARKS: CM 12/8/10 7009-0820-0000-2457-0606-48
12/10/10 Postal Receipt Returned Signed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>New Millennium<br>57 Livingston Ave<br>New Brunswick, NJ<br>08901 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>PO Box 278<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0820 0000 2457 6648 |
| PS Form 3811, February 2004   10185? Domestic Return Receipt | 102595-02-M-1540 |

Postmark: NEW BRUNSWICK, NJ 08901 USPS DEC 16 2010