IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**Hasssie-Demond; Nowlin**
Plaintiff

Vs.                                                                 Case No.1:10 CV857

NEW MILLENNIUM
Defendant

## Motion for Default Judgment

Comes now the Plaintiff Hassie-Demond; Nowlin:

The Plaintiff motions the court for default judgment as outlined in the Federal Rules of Procedure 4 & 55.

The clerk of the court served upon the Defendant **NEW MILLENNIUM** the Summons and Complaint for this action on or about the 16th Day of December 2010 and the Defendant signed the US mail receipt and it was returned to the clerk. According to the record the Defendant was due to respond on January 4th 2011. The Defendant has 20 days to respond and the defendant has failed to do so as required by the summons and complaint outlined in Rule 4. The Defendant has not been represented and has not responded to the complaint.

The Plaintiff has attached an affidavit of competency as required by the Rules of Procedure.

The plaintiff motions the court to issue a default judgment in favor of the Plaintiff in the amount of. $159.000. As outlined in the complaint.

Respectfully submitted this 13th Day of January 2011.

*[signature]*

Hassie-Demond; Nowlin
*2020 Anthony Court*
*Greensboro NC [27406]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Hassie-Demond; Nowlin
Plaintiff

Vs.                                         Case No.1:10 CV857

**NEW MILLENNIUM**
Defendant

Affidavit of Competency   Case No.1:10 CV857

Comes now the Plaintiff Hassie-Demond; Nowlin:

The Defendant is a corporation and not a minor, child or incompetent individual. The clerk of the court served on the Defendant **NEW MILLENNIUM** at their place of business the Summons and Complaint on or about December 16th 2010 and was executed and returned to the clerk via US Certified mail with a response date due to the court of January 4th 2011.
Plaintiff hereby certifies that the Defendant is competent and has not responded to the court or the Plaintiff in this case by the due date outlined in the summons and complaint and not complied with the date of response as outlined in the summons and Rule 4 of Federal Rules of Procedure.
Sworn to under penalty of perjury this 13th day of January 2011

*Hassie Demond Nowlin*

**Hassie-Demond; Nowlin**, Plaintiff
C/o 2020 Anthony court
Greensboro, North Carolina [27406]

Subscribed and affirmed before me a Notary Public, of the State of NC, County of Rockingham, this 13th day of January, 2011 that the above person did appear before me and was identified to be the person executing this document.

Notary Public _____

My Commission expires on: 3-19-2013

[Notary Seal: MALA J. SIMONELLI, Notary Public, My Comm. Exp. MARCH 19, 2013, ROCKINGHAM CO., NC]