# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **HASSIE-DEMOND NOWLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | 1:10CV857 |
| | ) | |
| **NEW MILLENNIUM BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O-R-D-E-R

*Pro se* Plaintiff's "Motion for Default Judgment" (Docket No. 8) is construed as a motion for entry of a default. *See* Fed. R. Civ. P. 55(a). The Clerk shall enter the Defendant's default and give notice thereof.

                                                     /s/ P. Trevor Sharp
                                            United States Magistrate Judge

Date: February 10, 2011