UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE-DEMOND NOWLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW MILLENNIUM BANK, )<br>)<br>Defendant. ) | Case No. 1:10-CV-00857 |

## ENTRY OF DEFAULT

This matter, coming before the undersigned Clerk of Court, upon Plaintiff HASSIE-DEMOND NOWLIN's Motion for Default Judgment, which was filed with the Court on January 13, 2011. On February 10, 2011, the Honorable Magistrate Judge P. Trevor Sharp ruled that such motion should be construed as a motion for default and default should be entered. Accordingly, default is hereby entered against NEW MILLENNIUM BANK.

This the 21st day of March, 2011.

                                        /s/ John S. Brubaker
                                          Clerk, U.S. District Court