# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

HASSIE-DEMOND; NOWLIN,

               Plaintiff,

v.

NEW MILLENNIUM,

               Defendant.

**Civil Action No. 1:10-CV-857**

## AFFIDAVIT OF DANIEL SYMONDS

NOW COMES Daniel Symonds, who being duly sworn, deposes and says:

1.      I am over eighteen years of age and competent to make this Affidavit.

2.      I am a Senior Vice President and the Credit Card Program Manager for Defendant New Millennium Bank (the Bank). I have held that position since October 2010.

3.      As Credit Card Program Manager, I am responsible for the implementation and maintenance of policies and procedures to ensure that the Bank's Credit Card Program complies fully with applicable federal laws, including the Fair Credit Reporting Act.

4.      As Credit Card Program Manager, I have personal knowledge of the Bank's file management practices with respect to its credit card customers, and I have access to all files and information maintained by the Bank with respect to its credit card customers.

5.      From early January 2006 until June 2008, Plaintiff Hassie-Demond Nowlin (Mr. Nowlin) was a credit card customer of the Bank.  He has had only one credit card account with the Bank.  However, he submitted an online application for a second credit card on December 14, 2006.  Because he did not submit a security deposit, that card was not opened.

6.      A numbered copy of the pertinent portion of the Bank's file with respect to Mr. Nowlin's credit card account is attached as Exhibit A.

7.      In August 2005, Mr. Nowlin applied for a secured credit card with the Bank. (Ex. A at 2:)  After Mr. Nowlin submitted the application fee and an adequate security deposit, his credit card account was opened.  (Ex. A at 3-5.)

8.      Mr. Nowlin missed his first credit card account payment in March 2006. (Ex. A at 15-16.)  He also missed payments in October 2006, November 2006, January 2007, October 2007, and November 2007, and had a $20 payment returned in September 2007.  (Ex. A at 18-20, 21-22, 30-32.)

9.      Mr. Nowlin made his final payment to the Bank in December 2007.  In June 2008, after Mr. Nowlin had been delinquent for six months, the Bank charged off (that is, designated as an uncollectible debt) Mr. Nowlin's unpaid balance of $156.84. (Ex. A at 33-38.)

10.     In accordance with its standard policies and procedures, the Bank has furnished accurate information about Mr. Nowlin's account to credit reporting agencies. Mr. Nowlin's account has never been in dispute.

11.     The Bank has never acted as a third-party debt collector with respect to Mr. Nowlin's account. The Bank provides no third-party debt collection services.

12.     The Bank first learned that this lawsuit had been filed on April 4, 2011, when it received the entry of default dated March 21, 2011.

Further affiant sayeth not.

This 20 day of April, 2011.

_Daniel C. Symonds_

Daniel Symonds

Subscribed and sworn to before me,

this the 20 day of April, 2011.

_Kimberly A. Guercin_

NOTARY PUBLIC

My commission expires: 2/27/12

KIMBERLEY A. GUERCIN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXP. FEBRUARY 27, 2012

4

# EXHIBIT A

XZ

NOWLIN,DEMOND**2020 ANTHONY CT**GREENSBORO*NC*27406-3313*

11/03/10 07:35

```
CUR BAL.            156.84  STTS CD  INT/EXT   D/Z  HOME PHONE
CRDT LIMIT             363  CYCLE CODE   11Y        WORK PHONE
AVLB CRDT                0  PLST#   1 TYPE 1         COLLECTOR CODE    499
LST PMT AM               60 LST PMT DT 12-11-07      ENTRY DATE     01-17-08
AM DUE                  157 LST MON 05-20-08 Y       WORK DATE      03-22-09
DSP          0           00 OPEN DATE   01-06        REL CD
AM DLQ                  156 OVERLIMIT HIST  03       CTD AM           0
# TIMES 1 CYCLE           0 HIST 7777 7777 7777      PR AM            0
# TIMES 2 CYCLES          0 REAGE 00 DLQ SC 0000     PROMISE DATE   00-00-00
# TIMES 3 CYCLES         33 SCORE: BH 000 CR 000     USER FLAGS       V
# DAYS DELINQUENT       585 CRDT LINE   01-06        SPECIAL FLAGS
FIXED PAY AM           0.00 SOC SEC#                 MISC F   P
CROSS REFERENCE 1   000000000000000000  2        3
```

005 CLS 040308 C ICA P/O DONE PER EOM RPT $382.79
006     041610 A CHANGE CPST: VSNM/VSNX DATE: 04/16/10 RSN: CYC ALLO B/A: B
004 000 121107 X ***SUMMARY*** ACTION ENTRY: 8 PROMISE/PAYS: 0
003 000 021107 X ***SUMMARY*** ACTION ENTRY: 4 PROMISE/PAYS: 0
002 000 112706 X ***SUMMARY*** ACTION ENTRY: 7 PROMISE/PAYS: 1
046 03-18-09 444 TW CH               045 10-29-08 285 TW CH TCB
044 05-20-08 499 180 E A CO          043 05-09-08 225 LM VM 9:15

4-©          1          Sess-1   170.186.240.100        RNOS        1/2

Name: cabreu  -  Date: 11/3/2010    Time: 8:35:00 AM

NMB 0001

# ACCEPTANCE FORM

**VISA**      New Millennium Bank – P.O. Box 2682 – New Brunswick, NJ 08903      **MasterCard**

ACCEPTANCE DEADLINE: 08/19/05     APPROVAL NO: RKN YHXE     GUARANTEE NO: 077-6838-5648

**1.** Check and correct your name/address:

Name on Card(s):    **DEMOND NOWLIN**

Mailing Address:    2020 Anthony Ct.
Greensboro NC 27406-3313

**2.** Complete information below.

Your Phone Number ▓▓▓▓▓▓▓▓▓▓▓▓

Your Social Security Number: ▓▓▓▓▓▓▓▓

Your Email Address ▓▓▓▓▓▓▓▓▓▓

I have read and understand all account information included with this offer and agree with the terms.
I understand there is no credit check for my secured MasterCard® & Visa® and my card(s) will be sent
immediately upon receipt of my deposit. I have a double my money back approval guarantee.

**3.** Select your credit card(s):    *ST 300*
                                *SD 37 50*

- ☑ BOTH VISA® & MasterCard® - up to $10,000.00 total limit **SAVE $20.50** ($37.50)
- ☐ VISA® ONLY - up to $5,000.00 credit limit ($29)
- ☐ MasterCard® ONLY - up to $5,000.00 credit limit ($29)
- ☐ Extra card for joint account (Add $10)
- ☐ RUSH SERVICE (Add $6)

_H. Demond Nowlin_
Your Signature

For Joint Account:

_____
Joint Account Name (please print)

_____
Joint Account Signature

**AMOUNT ENCLOSED $** _300_ **(Enclose check or money order payable to New Millennium Bank)**
    **Important:** Your credit cards cannot be processed without this completed form and the processing fee.

You may apply for an account in your own name regardless of your marital status.

Copyright © 2005.

NMB 0002



Hassie D. Nowlin
Hassie Demond Nowlin
2020 Anthony Court
Greensboro, NC 27406

356

Date 日期 10-17-5

68-7497/2560

Pay to the order of 收款人 New Millennium Bank

$ 300

Three hundred 00/00

Dollars 美元

**NAVY FEDERAL CREDIT UNION**
www.navyfcu.org

For 事由 New Secured cards
vise & master card.

H. D. Nowlin
without prejudice UCC 1-207 NP

NMB 0003

Please complete, detach and return as soon as possible in the enclosed envelope.

**\*Required by Government Regulations to obtain Credit Card.**

Demond Nowlin
2020 Anthony Ct
Greensboro, NC 27406-3313

\*Date of Birth
\*Social Security Number
\*Home Phone
Mother's Maiden Name
Co-Applicant Name
Co-Applicant Social Security Number _____ - _____ - _____

REF: 2355085 P

Enclosed is the remaining deposit of $ _156_ (minimum $300, maximum $5,000) payable to New Millennium Bank for a security account in the name of _Demond Nowlin_

I understand that this deposit will be held as security for my credit card account.

**PLEASE RETURN YOUR DEPOSIT WITH A COPY OF YOUR DRIVER'S LICENSE OR UTILITY BILL THAT VERIFIES THE ADDRESS ON THIS LETTER.**

If this letter was mailed to a P.O. Box, verifications of resident address will be required.

Signature _Demond Nowlin_            Date _11/12/05_

NMB 0004

091

66-21/530
99998

DATE 12-16-05

PAY TO THE
ORDER OF _New Millennium Bank_ $ _100_

_One hundred_ _____ % DOLLARS

Security
Features
Details on
Back

**WACHOVIA**
Wachovia Bank, N.A.
www.wachovia.com

_Demond Nowlin_

FOR _Security Account_ _without prejudice ucc1-207_ MP

NMB 0005



Your TransUnion File Number:
Password:
Login Expiration Date:              01/15/2006

P03K7V00400106-I001471
DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406

NMB 0006

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** ████████  **$20.00**

DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406-3313

Please Direct Any Questions
To: 877-246-7923
**ONLINE BILL PAYMENT PROCESSING CENTER**
P.O. BOX 182096
COLUMBUS, OH 43218-2096

56-1551/441

**0055884217**

JPMORGAN CHASE BANK, N.A. 1056
DELAWARE, OH 43015

**March 22, 2007**

Pay  **TWENTY AND 00/100** -------------------------------------------------------------------------  *DOLLARS*

$ ********20.00

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

To
The
Order
Of

MILLENNIUM BANK
57 LIVINGSTON AVE
NEW BRUNSWICK, NJ 08901-2523

ılılıllılıllllılıllllılllılıllılllılllıllllılllılı

AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

NMB 0007

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** ███████                          **$20.00**

Please Direct Any Questions
To: **877-248-7923**                                    56-1551/441          **0055884218**
ONLINE BILL PAYMENT PROCESSING CENTER
P.O. BOX 182006
COLUMBUS, OH 43218-2096

DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406-3313

JPMORGAN CHASE BANK, N.A. 1056          **March 22, 2007**
DELAWARE, OH 43015

Pay  **TWENTY AND 00/100** -------------------------------------------------------------  ***DOLLARS***

$ ********20.00

REMITTANCE VOID IF NOT CASHED WITHIN  80 DAYS

To
The        MILLENNIUM BANK
Order      57 LIVINGSTON AVE
Of         NEW BRUNSWICK, NJ 08901-2523
           ‖‖ll‖ll‖l‖ll‖ll‖‖lll‖‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l

_____
AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

NMB 0008

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER**

| Account: | | $20.00 |
|---|---|---|

Please Direct Any Questions
To: 877-246-7923
Online Bill Payment Processing Center
P.O. BOX 182096
COLUMBUS, OH 43218-2096

56-1551/441

**0078054532**

JPMORGAN CHASE BANK, N.A. 1056
DELAWARE, OH 43015

**May 22, 2007**

DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406-3313

Pay  TWENTY AND 00/100 ------------------------------------------------------------  **DOLLARS**

$ **********20.00

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

To
The
Order
Of

MILLENNIUM BANK
57 LIVINGSTON AVE
NEW BRUNSWICK, NJ 08901-2523

AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

NMB 0009

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** ▮▮▮▮▮▮▮▮      **$20.00**

DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406-3313

Please Direct Any Questions
To: 877-246-7923
Online Bill Payment Processing Center
P.O. BOX 182096
COLUMBUS, OH 43218-2096

JPMORGAN CHASE BANK, N.A. 1056
DELAWARE, OH 43015

56-1551/441      **0099500294**

**July 20, 2007**

Pay **TWENTY AND 00/100** -------------------------------------------------------------------------    **DOLLARS**

**$** | ********20.00 |

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

To
The
Order
Of

MILLENNIUM BANK
57 LIVINGSTON AVE
NEW BRUNSWICK, NJ 08901-2523

⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈

AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

NMB 0010

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** ▮▮▮▮▮▮            **$20.00**

DEMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC 27406-3313

Please Direct Any Questions
To: 877-248-7923
Online Bill Payment Processing Center
P.O. BOX 182096
COLUMBUS, OH 43218-2096

JPMORGAN CHASE BANK, N.A. 1056
DELAWARE, OH 43015

56-1551/441        **0010234938**

**August 22, 2007**

Pay  **TWENTY AND 00/100** -------------------------------------------------------        **DOLLARS**

$ |********20.00

To
The
Order
Of

MILLENNIUM BANK
57 LIVINGSTON AVE
NEW BRUNSWICK, NJ 08901-2523

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

NMB 0011



HASSIE D NOWLIN
PO BOX 9114
GREENSBORO, NC 27429

350

68-7497/2560

DATE *11/12/05*

PAY TO THE
ORDER OF *New Millennium Bank* | $ *150⁷*

*One hundred fifty %00* DOLLARS

NAVY
FEDERAL
CREDIT UNION
VIENNA, VIRGINIA
www.navyfcu.org

FOR *Secured Credit Card*

NP

NMB 0012



**Duke Power**

Cash Remittance /PB01E
P. O. Box 1046
Charlotte, N. C. 28201 - 1046

OCTOBER 19, 2005

10 | 06 - paid in full

26001323  01 AV   0.278  B  00006  09  DW074

DESMOND NOWLIN
2020 ANTHONY CT
GREENSBORO, NC  27406-3313

Dear DESMOND NOWLIN :

Our records indicate you received a reminder notice and disconnection notice regarding the past due amount outstanding for electric service at 2020 ANTHONY CT, GREENSBORO, NC. To prevent disconnection of this service, please review the following information and take appropriate action immediately.

**Payment Due**
**by 5:00 p.m. on**
OCTOBER 25, 2005

The past due amount must be received in our office or left in our drop box before 5 p.m. on OCTOBER 25, 2005 to avoid disconnection on 10-26-2005. You may find it convenient to pay your electric bill with a major credit card or by automated check processing. For your convenience, we now accept MasterCard, Visa, Discover and automated checks (through a third party vendor) for payment of deposits, past due or final electric bills. If these payment options meet your needs, simply call us at (336) 378-9451 with your credit card or check information. A convenience fee will be charged for this service.

If you do not pay the above amount and your service is disconnected, the total amount due of $158.05 and a reconnect fee (including 3% sales tax) of $25.75 will be required to restore your service. When reconnection is requested after normal business hours (Monday - Friday, 8 a.m. - 5 p.m.), a $77.25 reconnect fee must be paid before service is restored. A deposit also may be required to either restore or maintain service if your service is disconnected or if your account continues to carry a past due balance.

If payment has been made, please disregard this notice. To verify your payment was received or if you have questions about your account, please call us at (336) 378-9451. Our credit department hours are 7 a.m. to 7 p.m. Monday - Friday and 9 a.m. to 1 p.m. on Saturday. Thank you for your prompt attention to this matter.

**Para interpretacion de esta noticia muy importante de su servicio electrico, por favor llame a la compañia de Duke Power y pida un representante que habla español.**

Sincerely,

*J. T. Owen, Jr.*

J.T. Owen, Jr.
Credit Department

www.dukepower.com

NMB 0013

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 578, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*

| Account Number: | |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 02/11/06 |
| Past Due Amount: | $0.00 |
| New Balance | $59.00 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                          8961
2020 ANTHONY CT
GREENSBORO NC 27406 3313

---

**Account Information**

| | |
|---|---|
| Account Number | |
| Payment Due Date | 02/11/06 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 01/17/06 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

**Account Activity**

| | |
|---|---|
| Previous Balance | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $0.00 |
| Fees & Other Debits | $59.00 |
| **FINANCE CHARGE** | **$0.00** |
| New Balance | $59.00 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 01/06 | 01/06 | F582000CN000Q5AUT | ANNUAL FEE | 59.00 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 363.04 |
| INTEREST PAID THIS CYCLE | 0.54 |
| INTEREST PAID YEAR TO DATE | 0.54 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 30.00 |
| INTEREST RATE | 6.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 6.21 |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $0.00 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

**NMB 0014**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 679, New Haven CT, 06000

☐ *MOVED? Just check this box and complete the address change on the reverse side*

| | |
|---|---|
| Account Number: | ███████ |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 03/12/06 |
| Past Due Amount: | $0.00 |
| New Balance | $47.02 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                                                    7573
2020 ANTHONY CT
GREENSBORO NC 27406 3313

---

**Account Information**

| | |
|---|---|
| Account Number | ███████ |
| Payment Due Date | 03/12/06 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 02/15/06 |
| Days in Billing Cycle | 29 |
| Overlimit Amount | $0.00 |

**Account Activity**

| | |
|---|---|
| Previous Balance | $59.00 |
| Purchases | $45.90 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $59.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$1.12** |
| New Balance | $47.02 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

---

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 01/18 | 01/18 | 2425477D3DDJQQBBB | FREEDOM BOOKS       509 2173924 WA | 45.90 |
| 01/31 | 01/31 | 7415518DF013V9T3L | PAYMENT    THANK YOU | 59.00 |
| 02/15 | 02/15 | *FINANCE CHARGE* | PURCHASES $1.12 CASH ADVANCE $0.00 | 1.12 |

---

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 364.85 |
| INTEREST PAID THIS CYCLE | 1.81 |
| INTEREST PAID YEAR TO DATE | 2.35 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29.00 |
| INTEREST RATE | 6.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 6.45 |

---

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $72.34 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

---

5424  0001  AQG        1      7  11  060215          Page 1 of 1          1  5820  5000  VSNM  01AA5424          7573

**NMB 0015**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 625, New Brunswick, NJ 08903

| Account Number: | |
|---|---|
| Minimum Payment Due: | $40.00 |
| Payment Due Date: | 04/11/06 |
| Past Due Amount: | $20.00 |
| New Balance | $67.77 |
| Amount Enclosed | $ |

☐ *MOVED? Just check this box and complete the
address change on the reverse side*

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                                    7572
2020 ANTHONY CT
GREENSBORO NC 27406 3313

## Account Information

| Account Number | |
|---|---|
| Payment Due Date | 04/11/06 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 03/17/06 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

## Account Activity

| Previous Balance | $47.02 |
|---|---|
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $0.00 |
| Fees & Other Debits | $20.00 |
| **FINANCE CHARGE** | **$0.75** |
| New Balance | $67.77 |

For line increase or Customer Service please call: 800  768  9897
To Report a lost or stolen card please call: 800  768  9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 03/17 | 03/17 | | LATE FEE | 20.00 |
| 03/17 | 03/17 | *FINANCE CHARGE* | PURCHASES  $0.75 CASH ADVANCE  $0.00 | 0.75 |

WE HAVE NOT RECEIVED THE PAYMENT DUE ON YOUR
LAST STATEMENT. IF PAYMENT HAS BEEN MADE,
PLEASE DISREGARD THIS NOTICE.

| STATEMENT SAVINGS ACCOUNT BALANCE | 366.67 |
|---|---|
| INTEREST PAID THIS CYCLE | 1.82 |
| INTEREST PAID YEAR TO DATE | 4.17 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 30.00 |
| INTEREST RATE | 6.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 6.24 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $47.02 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424  0001  AGG       1     7  11  060317          D Page 1 of 1      1  5820  5000  VSNM  01AA5424      7572

**NMB 0016**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 601, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*

| Account Number: | ██████████ |
|---|---|
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 05/12/06 |
| Past Due Amount: | $0.00 |
| New Balance | $0.00 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                                28121
2020 ANTHONY CT
GREENSBORO NC 27406 3313

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | ██████ | Previous Balance | $67.77 |
| Payment Due Date | 05/12/06 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 04/17/06 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 31 | Payments | $67.77 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $0.00 |
| | | **FINANCE CHARGE** | **$0.00** |
| | | New Balance | $0.00 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

| Statement Details | | | | |
|---|---|---|---|---|
| Trans Date | Post Date | Reference # | Description | Amount |
| 04/11 | 04/11 | 7415518FM0169A0TX | PAYMENT   THANK YOU | 67.77 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 368.50 |
| INTEREST PAID THIS CYCLE | 1.83 |
| INTEREST PAID YEAR TO DATE | 6.00 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 31.00 |
| INTEREST RATE | 6.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 6.03 |

*Your Periodic Rate May Vary*

| Finance Charges | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $52.46 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

**NMB 0017**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 875, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*

| | |
|---|---|
| Account Number: | ████████ |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 10/13/06 |
| Past Due Amount: | $0.00 |
| New Balance | $65.69 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                7084
2020 ANTHONY CT
GREENSBORO NC 27406 3313

| **Account Information** | | **Account Activity** | |
|---|---|---|---|
| Account Number | ████████ | Previous Balance | $0.00 |
| Payment Due Date | 10/13/06 | Purchases | $64.90 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 09/18/06 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 32 | Payments | $0.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $0.00 |
| | | **FINANCE CHARGE** | **$0.79** |
| | | New Balance | $65.69 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 08/26 | 08/26 | 7455622KY0FSMXSJ2 | SECURITY SW 18007555909 SINGAPORE SG | 39.95 |
| 08/29 | 08/29 | 2469216L100WBM41P | BLOCK *TAXCUT ECOM   800 HRBLOCK MO | 24.95 |
| 09/18 | 09/18 | *FINANCE CHARGE* | PURCHASES $0.79 CASH ADVANCE $0.00 | 0.79 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 371.55 |
| INTEREST PAID THIS CYCLE | 0.61 |
| INTEREST PAID YEAR TO DATE | 9.05 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 32.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 1.89 |

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $46.33 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424 0001 AQG     1   7 11 060918      Page 1 of 1      1 5820 5000 VSNM 01AA5424      7084

**NMB 0018**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 678, New Brunswick, NJ 08903

| Account Number: | |
|---|---|
| Minimum Payment Due: | $40.00 |
| Payment Due Date: | 11/11/06 |
| Past Due Amount: | $20.00 |
| New Balance | $86.71 |
| Amount Enclosed | $ |

☐ *MOVED? Just check this box and complete the address change on the reverse side*

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

ɪɪlɪɪlɪɪlɪɪlɪɪlɪɪɪɪɪlɪɪlɪɪlɪɪlɪɪllllɪɪ

DEMOND NOWLIN                          6829
2020 ANTHONY CT
GREENSBORO NC 27406 3313

ɪllɪɪlllɪɪlɪɪlɪɪɪɪllɪɪllllɪɪlɪɪllllɪɪllɪ

| Account Information | | | Account Activity | |
|---|---|---|---|---|
| Account Number | | | Previous Balance | $65.69 |
| Payment Due Date | 11/11/06 | | Purchases | $0.00 |
| Credit Limit | $363.00 | | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 10/17/06 | | Credits/Returns | $0.00 |
| Days in Billing Cycle | 29 | | Payments | $0.00 |
| Overlimit Amount | $0.00 | | Fees & Other Debits | $20.00 |
| | | | **FINANCE CHARGE** | **$1.02** |
| | | | New Balance | $86.71 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 10/17 | 10/17 | | LATE FEE | 20.00 |
| 10/17 | 10/17 | *FINANCE CHARGE* | PURCHASES $1.02 CASH ADVANCE $0.00 | 1.02 |

| WE HAVE NOT RECEIVED THE PAYMENT DUE ON YOUR LAST STATEMENT. IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE. | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 372.17 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 9.67 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.11 |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $65.69 | .05341% | 19.50% | 19.54% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424  0001  AOG        1      7  11   061017           D Page 1 of 1      1  5820  5000  VSNM  01AA5424        6829

**NMB 0019**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K
Post Office Box 678, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the
address change on the reverse side*

| | |
|---|---|
| Account Number: | ▮▮▮▮▮ |
| Minimum Payment Due: | $60.00 |
| Payment Due Date: | 12/10/06 |
| Past Due Amount: | $40.00 |
| New Balance | $108.05 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                                          6547
2020 ANTHONY CT
GREENSBORO NC 27406 3313

---

**Account Information**

| | |
|---|---|
| Account Number | ▮▮▮▮▮ |
| Payment Due Date | 12/10/06 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 11/15/06 |
| Days in Billing Cycle | 29 |
| Overlimit Amount | $0.00 |

**Account Activity**

| | |
|---|---|
| Previous Balance | $86.71 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $0.00 |
| Fees & Other Debits | $20.00 |
| **FINANCE CHARGE** | **$1.34** |
| New Balance | $108.05 |

For line increase or Customer Service please call: 800  768  9897
To Report a lost or stolen card please call: 800  768  9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 11/15 | 11/15 | | LATE FEE | 20.00 |
| 11/15 | 11/15 | *FINANCE CHARGE* | PURCHASES  $1.34 CASH ADVANCE  $0.00 | 1.34 |

| |
|---|
| YOUR ACCOUNT REMAINS DELINQUENT. PLEASE CONTACT THE COLLECTION DEPARTMENT IF THERE IS A PROBLEM WHICH IS DELAYING THE PAYMENT. |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 372.79 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 10.29 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.11 |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $86.71 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424  0002  AQG      1      7  11  061115          D Page 1 of 1      1  5820  5000  VSNM  01AA5424      6547

**NMB 0020**



New Millennium
B A N K
Post Office Box 679, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the
address change on the reverse side*

| Account Number: | ▮▮▮▮▮▮▮ |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 01/09/07 |
| Past Due Amount: | $0.00 |
| New Balance | $266.03 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                    6214
2020 ANTHONY CT
GREENSBORO NC 27406 3313

## Account Information

| | |
|---|---|
| Account Number | ▮▮▮▮▮▮ |
| Payment Due Date | 01/09/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 12/15/06 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

## Account Activity

| | |
|---|---|
| Previous Balance | $108.05 |
| Purchases | $210.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $60.00 |
| Fees & Other Debits | $5.00 |
| **FINANCE CHARGE** | **$2.98** |
| New Balance | $266.03 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 11/27 | 11/27 | F582000NV000DF006 | DIRECT PAY FEE | 5.00 |
| 11/27 | 11/27 | 7415518NVX2QKG3Q3 | PAYMENT    THANK YOU | 60.00 |
| 11/28 | 11/28 | 2444500NXJZ3QXZLF | SPRINT PCS 995 SP WEB  888 211 4727 KS | 130.00 |
| 11/29 | 11/29 | 2461043NY03SB86F5 | GET N GO CITGO   Q39 SUMMERFIELD NC | 20.00 |
| 12/01 | 12/01 | 2471705P07BYPR9EY | GREAT STOPS GREENSBORO  NC | 10.00 |
| 12/03 | 12/03 | 2416405P2B018YW9R | EXXONMOBIL75 04229027 GREENSBO NC | 10.00 |
| 12/03 | 12/03 | 2461043P203V2RZ35 | GET N GO CITGO   Q39 SUMMERFIELD NC | 40.00 |
| 12/15 | 12/15 | *FINANCE CHARGE* | PURCHASES  $2.98 CASH ADVANCE  $0.00 | 2.98 |

```
***************YOUR ANNUAL MEMBERSHIP FEE OF  $59.00
       WILL BE ON YOUR NEXT BILLING STATEMENT.************
  STATEMENT SAVINGS ACCOUNT BALANCE        373.41
      INTEREST PAID THIS CYCLE              0.62
      INTEREST PAID YEAR TO DATE           10.91
  LENGTH OF STATEMENT PERIOD (DAYS)        30.00
      INTEREST RATE                         2.00
      ANNUAL PERCENTAGE YIELD EARNED        2.04
```

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $186.04 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

**NMB 0021**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


New Millennium
B A N K

☐ *MOVED? Just check this box and complete the address change on the reverse side*

| Account Number: | |
|---|---|
| Minimum Payment Due: | $116.01 |
| Payment Due Date: | 02/11/07 |
| Past Due Amount: | $20.00 |
| New Balance | $439.01 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                    6251
2020 ANTHONY CT
GREENSBORO NC 27406 3313

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | | Previous Balance | $266.03 |
| Payment Due Date | 02/11/07 | Purchases | $147.35 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 01/17/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 33 | Payments | $0.00 |
| Overlimit Amount | $76.01 | Fees & Other Debits | $20.00 |
| | | **FINANCE CHARGE** | $5.63 |
| | | New Balance | $439.01 |

For line increase or Customer Service please call: 800  768  9897
To Report a lost or stolen card please call: 800  768  9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 12/16 | 12/16 | 2416407PFP8EG673T | AMOCO OIL   09419243 CLEMMONS  NC | 20.00 |
| 12/25 | 12/25 | 2400175PP60S27VQK | NC SEC OF STATE UCC   9198072219  NC | 32.00 |
| 12/26 | 12/26 | 2476501PT60KHV8H3 | GREG /HOPE WHALEY    302 875 0231 DE | 9.95 |
| 01/02 | 01/02 | 244450003L4ZXKGBR | FEDEX KINKO'S #3001 GREENSBORO  NC | 16.40 |
| 01/16 | 01/16 | 24492800G3DWMM8N5 | UCC DEPT OF LICENSING   360 6641474 WA | 10.00 |
| 01/17 | 01/17 | F5820000H000CYLAC | ANNUAL CHARGE 02/07 THROUGH 01/08 | 59.00 |
| 01/17 | 01/17 | | LATE FEE | 20.00 |
| 01/17 | 01/17 | *FINANCE CHARGE* | PURCHASES  $5.63 CASH ADVANCE  $0.00 | 5.63 |

WE HAVE NOT RECEIVED THE PAYMENT DUE ON YOUR
LAST STATEMENT. IF PAYMENT HAS BEEN MADE,
PLEASE DISREGARD THIS NOTICE.

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 374.03 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 0.62 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 33.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 1.85 |

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $319.79 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424  0001  AQG       1    7 11  070117       X Page 1 of 1       1  5820  5000  VSNM  01AA5424       6251

**NMB 0022**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804 9001


**New Millennium**
B A N K
Post Office Box 679, New Brunswick, NJ 08903

| | |
|---|---|
| Account Number: | ▮▮▮▮ |
| Minimum Payment Due: | $21.71 |
| Payment Due Date: | 03/12/07 |
| Past Due Amount: | $0.00 |
| New Balance | $364.71 |
| Amount Enclosed | $ |

☐ *MOVED? Just check this box and complete the address change on the reverse side*

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802 5721

DEMOND NOWLIN                                      6117
2020 ANTHONY CT
GREENSBORO NC 27406 3313

| **Account Information** | | **Account Activity** | |
|---|---|---|---|
| Account Number | ▮▮▮▮ | Previous Balance | $439.01 |
| Payment Due Date | 03/12/07 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 02/15/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 29 | Payments | $80.00 |
| Overlimit Amount | $1.71 | Fees & Other Debits | $0.00 |
| | | **FINANCE CHARGE** | **$5.70** |
| | | New Balance | $364.71 |

For line increase or Customer Service please call: 800 768 9897
To Report a lost or stolen card please call: 800 768 9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 02/09 | 02/09 | 74155181800XTMKF9 | ONLINE PAYMENT    THANK YOUNEW BRUNSWICKNJ | 40.00 |
| 02/11 | 02/11 | 74155181A00XTMKFH | ONLINE PAYMENT    THANK YOUNEW BRUNSWICKNJ | 40.00 |
| 02/15 | 02/15 | *FINANCE CHARGE* | PURCHASES  $5.70 CASH ADVANCE  $0.00 | 5.70 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 374.65 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 1.24 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.10 |

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $368.10 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424  0001  AQG       1    7  11   070215          0 Page 1 of 1       1  5820  5000  VSNM  01AA5424       6117

**NMB 0023**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office Box 576, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

| Account Number: | |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 04/10/07 |
| Past Due Amount: | $0.00 |
| New Balance | $350.14 |
| Amount Enclosed | $ |

DEMOND NOWLIN                                    5826
2020 ANTHONY CT
GREENSBORO NC 27406-3313

## Account Information

| Account Number | |
|---|---|
| Payment Due Date | 04/10/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 03/16/07 |
| Days in Billing Cycle | 29 |
| Overlimit Amount | $0.00 |

## Account Activity

| Previous Balance | $364.71 |
|---|---|
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $20.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$5.43** |
| New Balance | $350.14 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 03/12 | 03/12 | 74155182700XTMKFB | ONLINE PAYMENT--THANK YOUNEW BRUNSWICKNJ | - 20.00 |
| 03/16 | 03/16 | *FINANCE CHARGE* | PURCHASES  $5.43 CASH ADVANCE  $0.00 | 5.43 |

| STATEMENT SAVINGS ACCOUNT BALANCE | 375.27 |
|---|---|
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 1.86 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.10 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $350.81 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424   0001   AQG      1      7   11   070316          Page 1 of 1      1   5820   5000   VSNM   01AA5424      5826

**NMB 0024**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office Box 678, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

| Account Number: | ▉▉▉▉▉ |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 05/11/07 |
| Past Due Amount: | $0.00 |
| New Balance | $295.43 |
| Amount Enclosed | $ |

DEMOND NOWLIN                                    6077
2020 ANTHONY CT
GREENSBORO NC 27406-3313

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | ▉▉▉▉▉ | Previous Balance | $350.14 |
| Payment Due Date | 05/11/07 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 04/16/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 31 | Payments | $60.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $0.00 |
| | | **FINANCE CHARGE** | **$5.29** |
| | | New Balance | $295.43 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 03/28 | 03/28 | 74155182PX2QKG3FJ | PAYMENT - THANK YOU | - 20.00 |
| 03/28 | 03/28 | 74155182PX2QKG3FS | PAYMENT - THANK YOU | - 20.00 |
| 04/10 | 04/10 | 74155183400XTMKFG | ONLINE PAYMENT--THANK YOU NEW BRUNSWICK NJ | - 20.00 |
| 04/16 | 04/16 | *FINANCE CHARGE* | PURCHASES  $5.29 CASH ADVANCE  $0.00 | 5.29 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 375.89 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 2.48 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 31.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 1.96 |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $319.81 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424   0001   AQG      1      7  11   070416           Page 1 of 1        1   5820   5000   VSNM   01AA5424        6077

**NMB 0025**



New Millennium
B A N K
Post Office Box 676, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



| Account Number: | |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 06/10/07 |
| Past Due Amount: | $0.00 |
| New Balance | $280.10 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                    5378
2020 ANTHONY CT
GREENSBORO NC 27406-3313

---

| **Account Information** | | **Account Activity** | |
|---|---|---|---|
| Account Number | | Previous Balance | $295.43 |
| Payment Due Date | 06/10/07 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 05/16/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 30 | Payments | $20.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $0.00 |
| | | **FINANCE CHARGE** | **$4.67** |
| | | New Balance | $280.10 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 05/11 | 05/11 | 74155184300XTMKF9 | ONLINE PAYMENT--THANK YOUNEW BRUNSWICKNJ | - 20.00 |
| 05/16 | 05/16 | *FINANCE CHARGE* | PURCHASES  $4.67  CASH ADVANCE  $0.00 | 4.67 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 376.51 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 3.10 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 30.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.02 |

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $291.42 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

**NMB 0026**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



| Account Number: | |
|---|---|
| Minimum Payment Due | $20.00 |
| Payment Due Date: | 07/10/07 |
| Past Due Amount: | $0.00 |
| New Balance | $244.26 |
| Amount Enclosed | $ |

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                    5101
2020 ANTHONY CT
GREENSBORO NC 27406-3313

---

## Account Information

| Account Number | |
|---|---|
| Payment Due Date | 07/10/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 06/15/07 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

## Account Activity

| Previous Balance | $280.10 |
|---|---|
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $40.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$4.16** |
| New Balance | $244.26 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 05/22 | 05/22 | 74155184EX2QKG36W | PAYMENT - THANK YOU | - 20.00 |
| 06/10 | 06/10 | 74155185100XTMKFQ | ONLINE PAYMENT--THANK YOU NEW BRUNSWICK NJ | - 20.00 |
| 06/15 | 06/15 | *FINANCE CHARGE* | PURCHASES  $4.16 CASH ADVANCE  $0.00 | 4.16 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 377.13 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 3.72 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 30.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.02 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $259.42 | .05341% | 19.50% | 19.51% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

**NMB 0027**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
B A N K
Post Office Box 578, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the
address change on the reverse side*



| Account Number: | |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 08/11/07 |
| Past Due Amount: | $0.00 |
| New Balance | $187.90 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                    5359
2020 ANTHONY CT
GREENSBORO NC 27406-3313

## Account Information

| Account Number | |
|---|---|
| Payment Due Date | 08/11/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 07/17/07 |
| Days in Billing Cycle | 32 |
| Overlimit Amount | $0.00 |

## Account Activity

| Previous Balance | $244.26 |
|---|---|
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $60.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$3.64** |
| New Balance | $187.90 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 06/27 | 06/27 | 74155185JX2QKG37S | PAYMENT - THANK YOU | - 20.00 |
| 06/27 | 06/27 | 74155185JX2QKG382 | PAYMENT - THANK YOU | - 20.00 |
| 07/10 | 07/10 | 74155185Z00XTMKFG | ONLINE PAYMENT--THANK YOU NEW BRUNSWICK NJ | - 20.00 |
| 07/17 | 07/17 | *FINANCE CHARGE* | PURCHASES  $3.64  CASH ADVANCE  $0.00 | 3.64 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 377.75 |
| INTEREST PAID THIS CYCLE | 0.62 |
| INTEREST PAID YEAR TO DATE | 4.34 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 32.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 1.89 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $213.01 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

| 5424 | 0002 | AQG | 1 | 7 11 | 070717 | Page 1 of 1 | 1 | 5820 | 5000 | VSNM | O1AA5424 | 5359 |

**NMB 0028**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
B A N K
Post Office box 679, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

| Account Number: | |
|---|---|
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 09/10/07 |
| Past Due Amount: | $0.00 |
| New Balance | $150.59 |
| Amount Enclosed | $ |

DEMOND NOWLIN                                    4736
2020 ANTHONY CT
GREENSBORO NC 27406-3313

---

**Account Information**

| | |
|---|---|
| Account Number | |
| Payment Due Date | 09/10/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 08/16/07 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

**Account Activity**

| | |
|---|---|
| Previous Balance | $187.90 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $40.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$2.69** |
| New Balance | $150.59 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 07/24 | 07/24 | 74155186DX2QKG3JS | PAYMENT - THANK YOU | - 20.00 |
| 08/11 | 08/11 | 74155187000XTMKFH | ONLINE PAYMENT--THANK YOUNEW BRUNSWICKNJ | - 20.00 |
| 08/16 | 08/16 | *FINANCE CHARGE* | PURCHASES  $2.69 CASH ADVANCE  $0.00 | 2.69 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 378.38 |
| INTEREST PAID THIS CYCLE | 0.63 |
| INTEREST PAID YEAR TO DATE | 4.97 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 30.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 2.04 |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $167.89 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

| 5424 | 0001 | AQG | 1 | 7 11 | 070816 | Page 1 of 1 | 1 | 5820 | 5000 | VSNM | O1AA5424 | 4736 |

**NMB 0029**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
BANK
Post Office Box 571, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*



| Account Number: | ████████ | |
|---|---|---|
| Minimum Payment Due: | | $20.00 |
| Payment Due Date: | | 10/13/07 |
| Past Due Amount: | | $0.00 |
| New Balance | | $189.27 |
| Amount Enclosed | $ | |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                    4528
2020 ANTHONY CT
GREENSBORO NC 27406-3313

| **Account Information** | | **Account Activity** | |
|---|---|---|---|
| Account Number | ████████ | Previous Balance | $150.59 |
| Payment Due Date | 10/13/07 | Purchases | $31.02 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 09/18/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 33 | Payments | $40.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $45.00 |
| | | **FINANCE CHARGE** | **$2.66** |
| | | New Balance | $189.27 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 08/27 | 08/27 | 74155187FX2QKG36N | PAYMENT - THANK YOU | - 20.00 |
| 09/03 | 09/03 | 24326887PKQ8BQ5EX | ADVANCE AUTO PARTS #4144 GREENSBORO NC | 14.76 |
| 09/03 | 09/03 | 24625127NDPKRJZ8B | TEXACO 00302766 GREENSBORO NC | 10.00 |
| 09/06 | 09/06 | 24401407V018EQW05 | USPS 3632059550 GREENSBORO NC | 1.82 |
| 09/06 | 09/06 | 24445007SVZEQ4FX0 | KINKOS.COM (P2K)     800-254-6567 VA | 4.44 |
| 09/10 | 09/10 | 74155187X00XTMKFB | ONLINE PAYMENT--THANK YOUNEW BRUNSWICKNJ | - 20.00 |
| 09/10 | 09/10 | F58200080000Q1256 | ADJUSTMENT-PAYMENTS | 20.00 |
| 09/13 | 09/13 | F58200080000Q1AUT | RETURNED CHECK CHG | 25.00 |
| 09/18 | 09/18 | *FINANCE CHARGE* | PURCHASES  $2.66 CASH ADVANCE  $0.00 | 2.66 |

| | |
|---|---|
| STATEMENT SAVINGS ACCOUNT BALANCE | 379.01 |
| INTEREST PAID THIS CYCLE | 0.63 |
| INTEREST PAID YEAR TO DATE | 5.60 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 33.00 |
| INTEREST RATE | 2.00 |
| ANNUAL PERCENTAGE YIELD EARNED | 1.85 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $151.11 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

**NMB 0030**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
B A N K
Post Office Box 579, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



| Account Number: | ███████ |
|---|---|
| Minimum Payment Due: | $40.00 |
| Payment Due Date: | 11/11/07 |
| Past Due Amount: | $20.00 |
| New Balance | $358.89 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                         4351
2020 ANTHONY CT
GREENSBORO NC 27406-3313

ıllııılıllılıılıllıılıllıılıllıılıllılıllıll        ılıllıılıllıılıllıılıllıılıllılıılıllılıllıllıll

███████████████████████

| **Account Information** | | **Account Activity** | |
|---|---|---|---|
| Account Number | ██████ | Previous Balance | $0.00 |
| Payment Due Date | 11/11/07 | Purchases | $145.75 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 10/17/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 29 | Payments | $0.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $209.27 |
| | | **FINANCE CHARGE** | **$3.87** |
| | | New Balance | $358.89 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 09/19 | 09/19 | 00000000000ATNEWA | BALANCE TRANSFER 4767 0750 1017 9494 | 189.27 |
| 09/28 | 09/28 | 24625128GDPSQWZRQ | TEXACO 00302766 GREENSBORO NC | 11.00 |
| 09/29 | 09/29 | 24610438H03TL2XXM | THE POP SHOPPE #144Q39 GREENSBORO NC | 11.00 |
| 10/03 | 10/03 | 24210738M614M2R1V | SOLOMON'S WORLD DAY CARE GREENSBORO NC | 50.00 |
| 10/08 | 10/08 | 24164078SP8QEE11D | AMOCO OIL    08088817 GREENSBORO NC | 20.00 |
| 10/11 | 10/11 | 24316058XFYJEZQ5X | SHELL OIL 20674220137 GREENSBORO NC | 53.75 |
| 10/17 | 10/17 | | LATE FEE | 20.00 |
| 10/17 | 10/17 | *FINANCE CHARGE* | PURCHASES  $3.87 CASH ADVANCE  $0.00 | 3.87 |

WE HAVE NOT RECEIVED THE PAYMENT DUE ON YOUR
LAST STATEMENT. IF PAYMENT HAS BEEN MADE,
PLEASE DISREGARD THIS NOTICE.

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $249.79 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office Box 579, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



| Account Number: | ███████ |
|---|---|
| Minimum Payment Due: | $81.45 |
| Payment Due Date: | 12/10/07 |
| Past Due Amount: | $40.00 |
| New Balance | $384.45 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                    4149
2020 ANTHONY CT
GREENSBORO NC 27406-3313

---

### Account Information

| | |
|---|---|
| Account Number | ██████ |
| Payment Due Date | 12/10/07 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 11/15/07 |
| Days in Billing Cycle | 29 |
| Overlimit Amount | $21.45 |

### Account Activity

| | |
|---|---|
| Previous Balance | $358.89 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $0.00 |
| Fees & Other Debits | $20.00 |
| **FINANCE CHARGE** | **$5.56** |
| New Balance | $384.45 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 11/15 | 11/15 | | LATE FEE | 20.00 |
| 11/15 | 11/15 | *FINANCE CHARGE* | PURCHASES $5.56 CASH ADVANCE $0.00 | 5.56 |

YOUR ACCOUNT REMAINS DELINQUENT. PLEASE
CONTACT THE COLLECTION DEPARTMENT IF THERE IS
A PROBLEM WHICH IS DELAYING THE PAYMENT.

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $358.89 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424    0001    AQG        1    7  11    071115            X Page 1 of 1        1    5820    5000    VSNM    O1AA5424    4149

**NMB 0032**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office Box 578, New Brunswick, NJ 08903

| | |
|---|---|
| Account Number: | ███████ |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | 01/11/08 |
| Past Due Amount: | $0.00 |
| New Balance | $335.79 |
| Amount Enclosed | $ |

☐ *MOVED? Just check this box and complete the address change on the reverse side*



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                   4028
2020 ANTHONY CT
GREENSBORO NC 27406-3313

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | ███████ | Previous Balance | $384.45 |
| Payment Due Date | 01/11/08 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 12/17/07 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 32 | Payments | $60.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $5.00 |
| | | **FINANCE CHARGE** | **$6.34** |
| | | New Balance | $335.79 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 12/11 | 12/11 | 7415518ATX2QKG3RT | PAYMENT - THANK YOU | - 60.00 |
| 12/12 | 12/12 | F582000AU000DF006 | DIRECT PAY FEE | 5.00 |
| 12/17 | 12/17 | *FINANCE CHARGE* | PURCHASES $6.34 CASH ADVANCE $0.00 | 6.34 |

***************YOUR ANNUAL MEMBERSHIP FEE OF $59.00
WILL BE ON YOUR NEXT BILLING STATEMENT.***********

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $371.31 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424   0001   AQG      1      7  11   071217            Page 1 of 1            1   5820   5000   VSNM   O1AA5424      4028

**NMB 0033**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
B A N K
Post Office Box 676, New Brunswick, NJ 08903

MOVED? Just check this box and complete the
address change on the reverse side

| Account Number: | |
|---|---|
| Minimum Payment Due: | $163.39 |
| Payment Due Date: | 03/11/08 |
| Past Due Amount: | $40.00 |
| New Balance | $466.39 |
| Amount Enclosed | $ |



Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                          3863
2020 ANTHONY CT
GREENSBORO NC 27406-3313

| Account Information | | | Account Activity | |
|---|---|---|---|---|
| Account Number | | | Previous Balance | $440.56 |
| Payment Due Date | 03/11/08 | | Purchases | $0.00 |
| Credit Limit | $363.00 | | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 02/15/08 | | Credits/Returns | $0.00 |
| Days in Billing Cycle | 29 | | Payments | $0.00 |
| Overlimit Amount | $103.39 | | Fees & Other Debits | $20.00 |
| | | | **FINANCE CHARGE** | **$5.83** |
| | | | New Balance | $466.39 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 02/15 | 02/15 | | LATE FEE | 20.00 |
| 02/15 | 02/15 | *FINANCE CHARGE* | PURCHASES  $5.83 CASH ADVANCE  $0.00 | 5.83 |

YOUR ACCOUNT REMAINS DELINQUENT. PLEASE
CONTACT THE COLLECTION DEPARTMENT IF THERE IS
A PROBLEM WHICH IS DELAYING THE PAYMENT.

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $376.56 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424    0001    AQG    1    7  11    080215    X Page 1 of 1    1   5820    5000   VSNM   O1AA5424    3863

**NMB 0034**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001


New Millennium
B A N K
Post Office Box 578, New Brunswick, NJ 08902

☐ *MOVED? Just check this box and complete the*
*address change on the reverse side*



| Account Number: | ▓▓▓▓▓▓▓ |
| Minimum Payment Due: | $210.05 |
| Payment Due Date: | 04/11/08 |
| Past Due Amount: | $60.00 |
| New Balance | $493.05 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                      3646
2020 ANTHONY CT
GREENSBORO NC 27406-3313

## Account Information

| Account Number | ▓▓▓▓▓▓ |
| Payment Due Date | 04/11/08 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 03/17/08 |
| Days in Billing Cycle | 31 |
| Overlimit Amount | $130.05 |

## Account Activity

| Previous Balance | $466.39 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $0.00 |
| Payments | $0.00 |
| Fees & Other Debits | $20.00 |
| **FINANCE CHARGE** | **$6.66** |
| New Balance | $493.05 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 03/17 | 03/17 | | LATE FEE | 20.00 |
| 03/17 | 03/17 | *FINANCE CHARGE* | PURCHASES $6.66 CASH ADVANCE $0.00 | 6.66 |

YOUR ACCOUNT IS CURRENTLY CLOSED

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $402.39 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424    0001    AQG    1    7    11    080317    E X Page 1 of 1    1    5820    5000    VSNM    O1AA5424    3646

**NMB 0035**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



**New Millennium**
B A N K
Post Office Box 576, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*



| Account Number: | |
|---|---|
| Minimum Payment Due: | $100.00 |
| Payment Due Date: | 05/11/08 |
| Past Due Amount: | $80.00 |
| New Balance | $134.75 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                        3544
2020 ANTHONY CT
GREENSBORO NC 27406-3313

---

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | | Previous Balance | $493.05 |
| Payment Due Date | 05/11/08 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 04/16/08 | Credits/Returns | $382.79 |
| Days in Billing Cycle | 30 | Payments | $0.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $20.00 |
| | | **FINANCE CHARGE** | **$4.49** |
| | | New Balance | $134.75 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

### Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 04/03 | 04/03 | F582000FE000KD731 | AN ADJUSTMENT TO YOUR ACCOUNT | - 382.79 |
| 04/16 | 04/16 | | LATE FEE | 20.00 |
| 04/16 | 04/16 | *FINANCE CHARGE* | PURCHASES  $4.49  CASH ADVANCE  $0.00 | 4.49 |

| YOUR ACCOUNT IS CURRENTLY CLOSED |
|---|

*Your Periodic Rate May Vary*

### Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $280.27 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE.
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424   0001   AQG      1      7   11   080416      E D Page 1 of 1      1   5820   5000   VSNM   O1AA5424      3544

**NMB 0036**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office Box 678, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*



| | |
|---|---|
| Account Number: | |
| Minimum Payment Due: | $120.00 |
| Payment Due Date: | 06/09/08 |
| Past Due Amount: | $100.00 |
| New Balance | $156.84 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                                3847
2020 ANTHONY CT
GREENSBORO NC 27406-3313

| Account Information | | Account Activity | |
|---|---|---|---|
| Account Number | | Previous Balance | $134.75 |
| Payment Due Date | 06/09/08 | Purchases | $0.00 |
| Credit Limit | $363.00 | Cash Advances | $0.00 |
| Billing Cycle Closing Date | 05/15/08 | Credits/Returns | $0.00 |
| Days in Billing Cycle | 29 | Payments | $0.00 |
| Overlimit Amount | $0.00 | Fees & Other Debits | $20.00 |
| | | **FINANCE CHARGE** | **$2.09** |
| | | New Balance | $156.84 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

**Statement Details**

| Trans Date | Post Date | Reference # | Description | | Amount |
|---|---|---|---|---|---|
| 05/15 | 05/15 | | LATE FEE | | 20.00 |
| 05/15 | 05/15 | *FINANCE CHARGE* | PURCHASES  $2.09 CASH ADVANCE  $0.00 | | 2.09 |

| |
|---|
| YOUR ACCOUNT IS CURRENTLY CLOSED |

*Your Periodic Rate May Vary*

**Finance Charges**

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $134.75 | .05341% | 19.50% | 19.52% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

ANNOUNCING A NEW MILLENNIUM BANK SERVICE:
NOW YOU CAN VIEW YOUR CREDIT CARD ACCOUNT ONLINE!
MAKE PAYMENTS, SET UP REMINDERS AND MORE,
AND IT'S FREE!
PLEASE VISIT: WWW.NEWMILLCC.COM TO ENROLL

5424    0001    AQG    1    7    11    080515         E D Page 1 of 1        1    5820    5000    VSNM    Q1AA5424    3847

**NMB 0037**

NEW MILLENNIUM BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001



New Millennium
B A N K
Post Office box 579, New Brunswick, NJ 08903

☐ *MOVED? Just check this box and complete the address change on the reverse side*



| Account Number: | ██████████ |
|---|---|
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 06/14/08 |
| Past Due Amount: | $0.00 |
| New Balance | $0.00 |
| Amount Enclosed | $ |

Make Checks Payable to: NEW MILLENNIUM BANK

NEW MILLENNIUM BANK
P.O. BOX 5721
HICKSVILLE, N.Y. 11802-5721

DEMOND NOWLIN                                              0
2020 ANTHONY CT
GREENSBORO NC 27406-3313

## Account Information

| | |
|---|---|
| Account Number | ██████████ |
| Payment Due Date | 06/14/08 |
| Credit Limit | $363.00 |
| Billing Cycle Closing Date | 05/20/08 |
| Days in Billing Cycle | 30 |
| Overlimit Amount | $0.00 |

## Account Activity

| | |
|---|---|
| Previous Balance | $156.84 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Credits/Returns | $156.84 |
| Payments | $0.00 |
| Fees & Other Debits | $0.00 |
| **FINANCE CHARGE** | **$0.00** |
| New Balance | $0.00 |

For line increase or Customer Service please call: 800-768-9897
To Report a lost or stolen card please call: 800-768-9897
Please send Billing Inquiries to: PO BOX 9201 OLD BETHPAGE, NY 11804

## Statement Details

| Trans Date | Post Date | Reference # | Description | Amount |
|---|---|---|---|---|
| 05/20 | 05/20 | F582000GX00999990 | CHARGE OFF ACCOUNT-PRINCIPALS | - 110.26 |
| 05/20 | 05/20 | F582000GX00999990 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | - 46.58 |

*Your Periodic Rate May Vary*

## Finance Charges

| | Finance Charge Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | **ANNUAL PERCENTAGE RATE** |
|---|---|---|---|---|
| Purchases | $0.00 | .05341% | 19.50% | 19.50% |
| Cash Advances | $0.00 | .05341% | 19.50% | 19.50% |

5424   0000   AQG   1   5 11   080520   Z D Page 1 of 1   1   5820   5000   VSNM   O1AA5424   0

**NMB 0038**