UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE-DEMOND; NOWLIN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW MILLENNIUM,<br><br>    Defendant. | Civil Action No. 1:10-CV-857<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the Affidavit of Daniel Symonds was electronically filed with the Clerk of Court using the CM/ECF system. A copy of the same also has been placed with United States Postal Service via first class mail, postage prepaid, addressed to the following:

 Hassie-Demond Nowlin, Plaintiff
 c/o 2020 Anthony Court
 Greensboro, North Carolina 27406

This the 20th day of April, 2011.

           /s/ Matthew W. Sawchak
           Matthew W. Sawchak
           N.C. State Bar No. 17059
           Jeffrey D. Bradford
           N.C. State Bar No. 37184
           ELLIS & WINTERS LLP
           Post Office Box 33550
           Raleigh, North Carolina 27636
           Telephone: (919) 865-7000
           Facsimile: (919) 865-7010
           E-mail:
           matt.sawchak@elliswinters.com

           *Attorneys for Defendant New Millennium Bank*