UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE-DEMOND; NOWLIN,<br><br>      Plaintiff,<br><br>v.<br><br>NEW MILLENNIUM,<br><br>      Defendant. | Civil Action No. 1:10-CV-857 |

## NOTICE OF APPEARANCE

Please take notice that Jeffrey D. Bradford of Ellis & Winters LLP, a member in good standing of the North Carolina bar and the bar of the United States District Court for the Middle District of North Carolina, among other state and federal bars, will appear in this case as counsel for New Millennium Bank.

This the 21st day of April, 2011.

              /s/ Jeffrey D. Bradford
              Jeffrey D. Bradford
              N.C. State Bar No. 37184
              ELLIS & WINTERS LLP
              Post Office Box 33550
              Raleigh, North Carolina 27636
              Telephone: (919) 865-7000
              Facsimile:  (919) 865-7010
              E-mail:  jeff.bradford@elliswinters.com

              *Attorney for Defendant New Millennium Bank*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of the same also has been placed with United States Postal Service via first class mail, postage prepaid, addressed to the following:

Hassie-Demond Nowlin, Plaintiff
c/o 2020 Anthony Court
Greensboro, North Carolina 27406

This the 21st day of April, 2011.

/s/ Jeffrey D. Bradford
Jeffrey D. Bradford
N.C. State Bar No. 37184
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
E-mail: jeff.bradford@elliswinters.com

*Attorney for Defendant New Millennium Bank*