IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **HASSIE-DEMOND NOWLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:10CV857 |
| | ) | |
| **NEW MILLENNIUM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O-R-D-E-R

On April 20, 2011, Defendant filed a motion to set aside entry of default, supported by an affidavit. (Docket No. 11.) Plaintiff has not responded to the motion, and the time for response has expired. LR7.3(f). Accordingly, the motion will be considered and decided as uncontested.

For good cause shown by Defendant, **IT IS ORDERED** that the entry of default is set aside. Defendant shall respond to the Complaint by June 30, 2011.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 10, 2011