UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE-DEMOND; NOWLIN, <br><br> Plaintiff, <br><br> v. <br><br> NEW MILLENNIUM, <br><br> Defendant. | Civil Action No. 1:10-CV-857 |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, and with the consent of Plaintiff Hassie-Demond Nowlin (Plaintiff), Defendant New Millennium (the Bank) moves for the entry of an Order extending its time to respond to the Complaint to and including July 28, 2011. In support of this Motion, the Bank states as follows:

1. On June 10, 2011, the Court set aside the entry of default in this case and ordered that the Bank respond to the Complaint by June 30, 2011.

2. The time to respond to the Complaint has not yet expired.

3. The Bank anticipates that the matter will be fully resolved and a dismissal filed before July 28, 2011.

4. Plaintiff consents to the Motion.

Accordingly, the Bank respectfully requests that the Court grant its Motion and enter an order that extends its time to respond to the Plaintiff's Complaint to and including July 28, 2011.

A Proposed Order accompanies this Motion.

This the 28th day of June, 2011.

/s/ Jeffrey D. Bradford
Matthew W. Sawchak
N.C. State Bar No. 17059
Jeffrey D. Bradford
N.C. State Bar No. 37184
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
E-mail: matt.sawchak@elliswinters.com

*Attorneys for Defendant New Millennium Bank*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of the same also has been placed with United States Postal Service via first class mail, postage prepaid, addressed to the following:

    Hassie-Demond Nowlin, Plaintiff
    c/o 2020 Anthony Court
    Greensboro, North Carolina 27406

This the 28th day of June, 2011.

    /s/ Jeffrey D. Bradford
    Matthew W. Sawchak
    N.C. State Bar No. 17059
    Jeffrey D. Bradford
    N.C. State Bar No. 37184
    ELLIS & WINTERS LLP
    Post Office Box 33550
    Raleigh, North Carolina 27636
    Telephone: (919) 865-7000
    Facsimile: (919) 865-7010
    E-mail: matt.sawchak@elliswinters.com
    jeff.bradford@elliswinters.com

*Attorneys for Defendant New Millennium Bank*